(4)

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

NOE PEDRO SALINAS-HERRERA

**WAIVER OF INDICTMENT**

*08 CR 0264 -L*

CASE NUMBER: *07 - 2824 -RBB*

I, <u>NOE PEDRO SALINAS-HERRERA</u>, the above named defendant, who is accused of

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___1/31/08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

JAN 3 1 2008

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER