1  KAREN P. HEWITT
   United States Attorney
2  W. MARK CONOVER
   Assistant United States Attorney
3  California State Bar No. 230690
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5200 / Fax: (619) 557-7381
   Email: Mark.Conover@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  Criminal Case No. 08CR0264GT
                                    )
11              Plaintiff,           )
                                    )  **UNITED STATES' MOTION TO**
12      v.                          )  **DISMISS INFORMATION**
                                    )
13 NOE PEDRO SALINAS-HERRERA,       )
                                    )
14              Defendant.           )
                                    )
15                                  )
                                    )
16

17      COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

18 KAREN P. HEWITT, United States Attorney, and W. MARK CONOVER, Assistant United States

19 Attorney, respectfully requests pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the

20 Court dismiss without prejudice, the Information in the above-entitled case. This motion is made in

21 the interest of justice.

22      DATED: February 5, 2008.

23                                         Respectfully submitted,

24                                         KAREN P. HEWITT
                                           United States Attorney
25
                                           /s/ M. Conover
26
                                           W. MARK CONOVER
27                                         Assistant United States Attorney

28