UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>  v.<br>NOE PEDRO SALINAS-HERRERA,<br><br>            Defendant. | Criminal Case No. 08CR0264GT<br><br>ORDER TO DISMISS INFORMATION |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the above-entitled Information charging NOE PEDRO SALINAS-HERRERA with violating Title 8, United States Code, Section 1325 (misdemeanor) - Illegal Entry, and Title 8, United States Code, Section 1325 (felony) - Illegal Entry, filed on January 31, 2008, be dismissed without prejudice.

**IT IF FURTHER ORDERED** that the defendant be released if in custody or that bond be exonerated if bond has been posted.

**IT IS FURTHER ORDERED** that the Disposition hearing date of February 26, 2008, be vacated.

**SO ORDERED.**

DATED: February 8, 2008.

GORDON THOMPSON, JR.
United States District Judge