# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 FEB -8  P 1:08
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA )
  )   CASE NUMBER  08CR 0264-GT
vs )
  )   ABSTRACT OF ORDER
Noe Pedro Salinas- )
Herrera )   Booking No. 02274461
  )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of _____2-8-08_____
the Court entered the following order:

✓ _____ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
_____ Defendant released on $_____ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
          _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
✓ _____ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other._____

Gordon Thompson, Jr.
UNITED STATES MAGISTRATE JUDGE
        OR
W. SAMUEL HAMRICK, JR.  Clerk
by Ridgeway
Deputy Clerk

Received _____
         DUSM

Crim-9   (Rev 6-95)                                  ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY